AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
| EVAN MICHAEL SANDS | ) | Case No. | 26-mj-6206-SHAW-WILDER |
| | ) | | |
| | ) | | |
| | ) | | |
| *Defendant.* | | | |

FILED BY____KHR____D.C.

Apr 24, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____4/1/2025-4/23/2026_____ in the county of _____Broward_____ in the _____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2) | Possession of child pornography. |
| Title 18, United States Code, Sections 2252(a)(2) and (b)(1) | Distribution of child pornography |
| Title 18, United States Code, Section 2422(b) | Enticement of a minor to engage in illicit sexual behavior |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*William Schmitt*
*Complainant's signature*

William Schmitt, SA HSI
*Printed name and title*

Sworn in my presence by Facetime.

Date: _____4/24/2026_____

*Judge's signature*

City and state: _____Fort Lauderdale, Florida_____   Detra Shaw-Wilder, U.S. Magistrate Judge
*Printed name and title*

| Print | Save As... | Attach | Reset |
|---|---|---|---|

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, William Schmitt, having been first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.      I am employed as a Special Agent with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) since May 2024. In my current capacity as an HSI Special Agent, I am assigned to the Internet Crimes Against Children (ICAC) Task Force and am responsible for conducting child exploitation investigations. Specifically, I investigate crimes relating to the sexual exploitation of children, including but not limited to the enticement and attempted enticement of a minor to engage in sexual criminal activity, as well as the production, transportation, distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2422(b), 2251, 2252, and 2252A. I have conducted and/or assisted in child exploitation investigations and received training in how to conduct such investigations. As a part of my duties, I have observed and reviewed numerous examples of child pornography, as defined in Title 18, United States Code, Section 2256, in all forms of media, including computer media. I am familiar with the tactics used by individuals who collect and distribute child pornographic material.

2.      I submit this Affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, it does not include every fact known to me about this matter.

3.    This affidavit is submitted in support of a criminal complaint charging **Evan Michael SANDS** with violations of federal law, including possession of child pornography in violation of Title 18, United States Code, Section 2252(a)(4)(B); distribution of child pornography in violation of Title 18, United States Code Section 2252(a)(2) and enticement of a minor to engage in illicit sexual activity in violation of Title 18, United States Code, Section 2422(b).

4.    This Affidavit is based on my personal investigation and investigation by others, including federal and local law enforcement officials. The facts contained herein have been obtained by interviewing witnesses and examining documents obtained during the investigation as well as through other means. This Affidavit does not include every fact known to me about this investigation, but rather only those facts sufficient to establish probable cause.

## PROBABLE CAUSE

### Background

5.    The National Center of Missing and Exploited Children (NCMEC) works with law enforcement, Internet Service Providers, electronic payment service providers, and others to reduce the distribution of child sexual exploitation images and videos over the Internet. In doing so, it operates Child Victim Identification Programs to assist law enforcement in identifying victims of child pornography and child sexual exploitation. In addition, NCMEC generates investigative leads, known as "CyberTips," to assist law enforcement in identifying perpetrators of this type of crime.

6.    During the month of December 2025, the South Florida Internet Crimes Against Children (ICAC) Task Force received a CyberTip from the National Center of Missing and Exploited Children (NCMEC) concerning the possession and transmission of child pornography

discovered by Discord Inc. in the account of one of their subscribers which occurred on December 22, 2025.  The suspect's account username was listed as "astraldrag0n".

7.      The CyberTip, provided the suspect's Internet Protocol (IP) address which came back as belonging to AT&T. Discord Inc. also provided the suspect's email address, astralguardian27@gmail.com, and telephone number, 954-789-3685 (Verizon Wireless). Discord Inc. reported that the user shared (2) apparent videos of children engaged in sexual behavior.

8.      The files are as follows:

**Filename:**      1_5035108547579348485.mp4
Description:    The file is a video that is 31 seconds in duration that depicts a white female child that appears to be 6 years of age that is nude from the waist down. The child kneels and faces away from the camera before using her hand to spread her buttocks apart and penetrate her anus with her finger. The child then turns around and spreads her legs apart before using her fingers to spread her vagina apart.

**Filename:**      1_5035108547579348481.mp4
Description:    The file is a video that is 2 minutes and 19 seconds in duration. It depicts an Asian female child that appears to be 6 years of age that is nude from the waist down. There is an unknown adult male rubbing his erect penis against the child's vagina and attempting to penetrate her vagina with his penis.

9.      Law enforcement issued subpoenas served to AT&T, Google, and Verizon Wireless subpoenas regarding the information reported by Discord Inc.

10.     After identifying AT&Ts as the internet service provider for the Target IP Address, law enforcement issued a subpoena for subscriber information. AT&T responded and advised that on or about December 22, 2025, "Jerilyn Sands" was the subscriber of the above mentioned IP Address and was assigned to the residence located at 8101 NW 105th Ave Tamarac FL, 33321.

11.     Google identified astralguardian27@gmail.com which had the recovery telephone number as 954-789-3685. The Google Pay data identified the account holder as Evan SANDS of 8101 NW 105th Ave Tamarac FL, 33321. Google provided Android device information associated with this account and listed the device as a Samsung SM-S146VL, IMEI 357973421251353.

12. Verizon Wireless indicated that the customer was using their services as a result of being a Mobile Virtual Network Operator for Tracfone Wireless. As such, subscriber information was unavailable, however they provided device information which confirmed it was the same Samsung identified by Google.

13. On January 21st, 2026, law enforcement applied for a search warrant for the target Discord account which was granted by Hon. Judge Stacy M. Ross. On March 4th, 2026, Discord provided data pursuant to the previously served search warrant.

14. The Discord data revealed that Sands, using the username, astraldrag0n#0, engaged in numerous conversations with children under the age of 18, some under the age of 12, where he solicited the children to send him sexually explicit images and videos of themselves. Sands also transmitted videos of himself masturbating to the point of ejaculation. During the chats, Sands also identifies himself by name and address and his place of employment. The Discord chats also revealed that Sands was distributing images and videos of children under the age of 18, some under the age of 12 years to other Discord users. The data from Discord indicated that his activity with children dated back to April of 2025.

15. On or about April 21, 2026, law enforcement obtained search warrants for SAND's residence located at 8101 NW 105th Ave, Tamarac, Florida 33315, as well as for a black Ford Fusion bearing Florida tag number Z33CFB, known to be driven by SANDS.

16. Law enforcement executed the search warrant on his residence and his vehicle on April 23, 2026. Prior to the execution of the warrant, SANDS was observed departing the residence in the aforementioned vehicle. Law enforcement conducted a traffic stop of SANDS and the vehicle, at which time SANDS was found to be in possession of a Motorola cellular phone, serial number ZL8324HRGN and the Samsung phone listed in the Google/Verizon subpoena.

17.     Law enforcement conducted a preliminary examination of SAND's Motorola phone which revealed over 20 images and videos depicting child sexual abuse material, including minor girls and boys engaged in sexual acts, including oral, vaginal, and anal intercourse, as well as masturbation. A description of five of those files are as follows;

**File Name: 1_4902368760775575001.mp4**
The video is approximately one minute and one second in length. It depicts a naked female child, estimated to be approximately five years old, kneeling in front of a naked adult male and performing oral sex on the adult male.

**File Name: 1_490236860775575002.mp4**
The video is approximately 22 seconds in length. It depicts a female child, estimated to be four to five years old, wearing a pink shirt and standing in front of a naked adult male. The child is shown performing oral sex on the adult male.

**1_4913677959421757663.mp4**
The video is approximately 53 seconds in length. It depicts a female child, estimated to be four to five years old, positioned on her back with her legs bent. An adult male is shown engaging in penile penetration of the child.

**1_4918462016118589819.mp4**
The video is approximately 1 minute and 25 seconds in length. It depicts a female child, estimated to be four to five years old, lying on her back with the words "fuck me" written in black ink on her stomach. The video shows an adult male's penis penetrating the child's vagina.

**1_5100390641729275419.mp4**
The video is approximately 15 seconds in length. It depicts an adult female performing oral sex on an infant and fondling the infant with her fingers.

18.     During a post- Miranda interview with law enforcement, SANDS confirmed that the Discord account was in fact his and admitted to transmitting the reported child pornography files to another Discord user. SANDS admitted to enticing numerous minors with Robux (an in-game currency for Roblox, a well-known video game for children) in exchange for them producing Child Sexual Abuse Material (CSAM). SANDS admitted that he believed the youngest minor that he solicited was twelve years old. SANDS also confirmed that he transmitted images of his penis

and videos of him masturbating to minors. He estimated his sexual conduct with minors started in 2021.

## CONCLUSION

Based on the aforementioned facts, I respectfully submit that there is probable cause to support the arrest of Evan Michael SANDS for committing violations of federal law, including possession of child pornography in violation of Title 18, United States Code, Section 2252(a)(4)(B); distribution of child pornography in violation of Title 18, United States Code Section 2252(a)(2) and enticement of a minor to engage in illicit sexual activity in violation of Title 18, United States Code, Section 2422(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

*William Schmitt*
William Schmitt, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by ____Facetime____, on this 24th day of April, 2026,
at Ft. Lauderdale, Florida.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**26-MJ-6206-SHAW-WILDER**

FILED BY ____KHR____ D.C.

Apr 24, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

CASE NUMBER: _____

**BOND RECOMMENDATION**

DEFENDANT: _____EVAN MICHAEL SANDS_____

_____Pre-Trial Detention recommended_____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By:   _M. Catherine Koontz_
SAUSA: M. Catherine Koontz

Last Known Address: _____

_____

_____

What Facility:     . _____

_____

Agent(s):     William Schmitt, SA HSI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)